# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     **Plaintiff(s),** )<br><br>vs. )<br><br>Leeann Louise Mikels, )<br><br>     **Defendant(s).** ) | **NO. CR 10-1589-FRZ-JCG**<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements [Doc 11].

On October 19, 2010, Magistrate Judge Jennifer C. Guerin conducted a hearing and on November 3, 2010 issued her Report and Recommendation [Doc 30]. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statements is GRANTED..

DATED this 14th day of December, 2010.

Frank R. Zapata
**Senior United States District Judge**